The People of the State of New York, Respondent,
v. John J. Slattery, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 12, 1925; decided December 1, 1925.)

Appeal from a judgment of the Nassau County Court rendered December 1, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph Lonardo* and *Frederick J. Groehl* for appellant.

*Charles R. Weeks, District Attorney* (*Charles I. Wood* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Cardozo, Pound, McLaughlin and Andrews, JJ.; Hiscock Ch. J., Crane and Lehman, JJ., dissent on the ground that the evidence was not sufficient to permit the jury to find that defendant was guilty beyond a reasonable doubt.

---

Atlantic Lighterage Corporation, Respondent, v. James C. Davis, Director General of Railroads, Appellant.

*Negligence — ships and shipping — damage to chartered barge through collision — dangerous mooring place.*

*Atlantic Lighterage Corp.* v. *Davis*, 212 App. Div. 814, affirmed.

(Argued October 29, 1925; decided December 1, 1925.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for damage to plaintiff's barge demised to the defendant under an oral charter and returned in a badly damaged condition as result of a collision. Plaintiff alleged that defendant, his agents or servants, moored the barge at the end of a pier at a place in the East river known to be dangerous on account of the narrowness of the river and strong flood tides which drove against the pier in question and that by reason

thereof two passing barges were driven against plaintiff's barge causing the damage complained of.

*William J. Dean* and *Van Vechten Veeder* for appellant.

*James M. Gorman* and *William Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF NEW YORK, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Surety bonds — undertaking — interest — liability of surety on undertaking on appeal to pay interest on judgment from date of entry.*

*City of New York* v. *Nat. Surety Co.*, 214 App. Div. 705, affirmed. (Argued October 29, 1925; decided December 1, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1925, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for summary judgment. The action was to recover on a surety bond given as undertaking on appeal and providing for payment of " the sum recovered or directed to be paid by the judgment," and " all costs and damages * * * not exceeding Five Hundred Dollars." The question was whether defendant was obligated to pay interest on the amount of the judgment from the date of its entry, the defendant contending that it was not liable to pay interest thereon between the dates of entry of the judgment and ten days subsequent to the service upon the surety company of formal notice of affirmance.

*Harrison Tweed, George Welwood Murray* and *Otey McClellan* for appellant.

*George P. Nicholson, Corporation Counsel* (*John F. O'Brien, Henry J. Shields* and *Isaac F. Cohen* of counsel), for respondent.